THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Byron Chapman,<br><br>　　Plaintiff,<br><br>v.<br><br>Mark C. Jacobs,<br><br>　　Defendant. | CASE NO. 2:17-CV-01745-WBS-CKD<br><br>**STIPULATION TO REQUEST TRIAL JUDGE, CONDUCT SETTLEMENT CONFERENCE, AND VACATE TRIAL DATE [PROPOSED ORDER]** |

The parties by and through their respective attorneys of record stipulate to the following:

**Whereas**, the parties settled the injunctive relief between themselves; see exhibit A attached and incorporated, and

**Whereas**, plaintiff Byron Chapman and Defendant Mark C. Jacobs wish to address the court and Judge Shubb themselves in the accompaniment of their attorneys regarding settlement of all issues, and

**Whereas**, a convenient time and date for the court and the parties is needed for the requested settlement conference,

A request is made of the court to provide a date for a settlement conference and if not convenient allow the parties to contact the clerk for a different date. Request is also made to vacate the trial date as the equitable issue is settled, leaving only damages and attorney fees at issue. This would also reduce litigation costs.

IT IS SO STIPULATED

DATE: March 13, 2019                    by: /s/ Thomas E. Frankovich
                                            Thomas E. Frankovich
                                            Attorney for Plaintiff

DATE: March 13, 2019                    by:  /s/ Elizabeth Stallard
                                            Elizabeth Stallard
                                            Attorney for Defendant

## ORDER

**GOOD CAUSE APPEARING; IT IS SO ORDERED:**

The parties, having filed a stipulated waiver of disqualification agreeing to have the trial judge in this matter conduct a settlement conference pursuant to Local Rule 270(b) (Docket No. 20), the trial date of April 23, 2019 is **VACATED** and a Settlement Conference is set for **Thursday, April 25, 2019 at 10:00 a.m.** in Courtroom 5 before Judge William B. Shubb. Each party is directed to have a principal capable of disposition at the Settlement Conference or be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is further directed to submit via email to WBSorders@caed.uscourts.gov a confidential settlement conference statement no later than 12:00 PM (Noon) on **April 18, 2019**. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the

///

///

///

///

confidential settlement statements.  However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

Dated: April 1, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE