THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way #304
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>MARK C. JACOBS,<br><br>　　Defendant. | CASE NO. 2:17-cv-01745-WBS-CKD<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE; [PROPOSED ORDER]** |

　　The parties by and through their respective attorneys of record hereby stipulate to the following:

　　**WHEREAS**, the Court set a settlement conference in this matter for April 25, 2019 (Dkt. No.22);

　　**WHEREAS**, the Plaintiff could not make the April 25, 2019 date due to prior commitments;

　　**WHEREAS,** Defendant has agreed to stipulate to continue the date to April 30, 2019 in order to accommodate the Plaintiff's schedule.

　　It is **HEREBY STIPULATED** and respectfully requested that the Court continue the date of the Settlement Conference from April 25, 2019 to April 30, 2019 at 2:30pm.

---

**Stipulation to Modify Settlement Conference Date [Proposed Order]**　　　　　　**Case No. 2:17-cv-01745**

1

DATE: April 8, 2019          By:    /s/Thomas Frankovich
                                    Attorney for Plaintiff


DATE: April 8, 2019          By:    /s/ Elizabeth Stallard
                                    Elizabeth Stallard
                                    Attorney for Defendant


## ORDER

GOOD CAUSE APPEARING; IT IS SO ORDERD:

The foregoing stipulation is approved. The Settlement Conference is continued from April 25, 2019 to **Tuesday, April 30, 2019 at 2:30 p.m**. Each party is directed to have a principal capable of disposition at the Settlement Conference or be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is further directed to submit via email to WBSorders@caed.uscourts.gov a confidential settlement conference statement no later than **12:00 PM (Noon) on April 23, 2019**. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the confidential settlement statements. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

Dated: April 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE